IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIBEL ROSALES, : | |
|     Plaintiff, : | |
| : | Civil Action No. 1:16-cv-00104 |
| v. : | |
| : | Judge John E. Jones, III |
| EXTENDICARE HEALTH SERVICES, : | |
| INC. d/b/a STONEBRIDGE HEALTH : | Filed Electronically |
| & REHABILITATION CENTER and : | |
| DAN DEITZEL, INDIVIDUALLY, and : | |
| TAMMY DALPIAZ, INDIVIDUALLY, : | |
|     Defendants. : | |

## MEDIATION REPORT

In accordance with the Court's Mediation Order, a mediation conference was held on May 9, 2016, and the results of the conference are indicated below:

    __X__    The case has been completely settled.

    _____    The case has been partially settled.

    _____    No settlement reached.

    _____    The parties have reached an impasse.

Respectfully submitted,

*s/Mark E. Gebauer*

Mark E. Gebauer, Esquire (PA 79646)
Mediator

Eckert Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA  17101
Telephone:  717-237-6052
Date:  May 9, 2016    E-mail:  mgebauer@eckertseamans.com

{L0636221.1}

## CERTIFICATE OF SERVICE

I certify that on this 9th day of May 2016, I served a copy of this MEDIATION REPORT via electronic filing directed to:

| | |
|---|---|
| Lisa Matukaitis, Esquire | Jessica G. Lucas, Esquire |
| Matukaitis Law LLC | Gordon & Rees, LLP |
| 104 State Street | 707 Grant Street |
| Harrisburg, PA  17101 | Suite 3800 |
| Telephone:  717-412-7759 | Pittsburgh, PA  15219 |
| E-mail:     lm@matlawllc.com | Telephone:  412-577-7400 |
| | E-mail:     jlucas@gordonrees.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

*s/Mark E. Gebauer*
Mark E. Gebauer, Esquire
Mediator